# GARY A. FARRELL, ESQ.

ATTORNEY AT LAW

305 BROADWAY, 14TH FLOOR
NEW YORK, NEW YORK 10007
TEL: (212) 822-1434 • FAX: (212) 822-1472
garyfesq@aol.com

May 19, 2015

Hon. John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201
Via ECF

RE: Waiters v. Lee
Docket # 13-CV-3636

Dear Judge Gleeson:

In a letter I mistakenly dated "May 19, 2013" sent via ECF yesterday, I requested that the previously imposed stay on this habeas petition be lifted. I attached the majority of the applicable legal work from both sides and the court decisions that were part of the litigation at the state court. I am now enclosing the application made by Mr. Waiters for the Appellate Division to grant him an appeal of the denial of his CPL § 440.10(1)(h) motion and the People's response thereto. The entire record of the state court proceeding has now been provided. Thank you in advance for your consideration.

Sincerely,

Gary Farrell
Attorney for Waiters Lee

cc: ADA Rhea Grob (via ECF)
General Waiters (via U.S. mail)