

Walker Investigation Agency, Inc.
P.O. Box 330847
Brooklyn, New York 11233-0847
Tele: (718) 527-3687
Fax: (732) 442-5359

## Confidentila Report
## Attorney/Client Privilege

### Client/Witness Statement

Date: 6/15/06
Time: _____
Interviewer: NK/DW

Name: Jacqueline Warren
Address: 340 Williams Avenue, Apt 4I, Bklyn.
Prior Arrest Record: _____

Age: ____ DOB: _____
Telephone #: (718) 485-7101
Telephone #: _____
Case #: 3464/06
General Waiters

---

Name: General Waiters
Indictment: 3464-06
Date: 6-15-06
Jacqueline Warren

**Statement**

Jacqueline Warren states that on May 6, 2006, she, General Waiters and Mary Clark had drank about a little less than a quart of liquor between themselves. The next morning, at about 8:30am on May 7, 2006, General got up and started "sipping" liquor again. He had about a pint by himself.

General started having a verbal altercation with her in the livingroom. Ms. Mary Clark was present. Her oldest son, Lorenzo, eventually got up from bed, went to the bathroom and came to the livingroom because of the argument in progress. He and General then had words, because General was in her face. Ms. Clark got up to put the baby back in the room. She told her son to calm down and asked General to just leave the house. He did for about 5 minutes.

When he left he did not have on a coat so she thought he just went to the store. When he came back he went straight to the master bedroom and stayed there for about 20 minutes. She and the others thought he went to sleep. Jacqueline thought that her daughter Shantasia was in the room with the other kids.

Then General came back out of the bedroom wearing a brown corduroy jacket and a hat. He approached the living room, and approached Jacqueline in her face again. At this point Ms. Clark had come back and sat back down in the chair. The baby then had just come out the room and went by Ms. Clark's legs. As soon as the baby had come out, is when General (Bubba) reached for the gun and shot it twice. Jacqueline yelled, "Bubba, no. No". General started walking towards the hall with the gun and again Jacqueline yelled, "Bubba, no. No". She said as she ran from the house to get help, she heard one more shot.

When questioned about her relationship with General, Jacqueline states that in their relationship they disagreed and argued here and there. She said that disagreements between General and Lorenzo didn't happen because of her presence to keep things calm. Derrick her younger son was in the room.

When asked to describe again what happened, at the time of the shooting, Jacqueline said that she was telling General just come on and leave the house. When Jacqueline turned around, she saw General then raising

Jacqueline Warren

Pg.: #2

his hands up in the air. She saw Ms. Mary then picks up Tosh and she saw Lorenzo by the kitchen. Ms Mary was by the living room/kitchen dinning table. Lorenzo was by the Kitchen wall.

Jacqueline said that she yelled "Bubba no", and she saw the gun go off one time. She saw the flash from the gun one time. General then started down the hall with the gun. She said that General shot Lorenzo in the leg. She did not know that Ms. Mary, Tosh and her daughter Shantasia were also shot at the time.

Jacqueline showed where the bullets hit the walls and their trajectory. This is based on repairs made to the walls after the shooting. One of the bullets was by the light switch. In opening the closet door the bullet hole could still be seen. She cannot describe a hole got there.

Jacqueline states that she is not sure from where General started shooting, but she describes blood being on the kitchen counter and the hallway walls.

Jacqueline describes the fish tank that General was hit with as being a 30-gallon tank. The fish tank was in middle of the living room.

Jacqueline had been dating General for over 8 years. Jacqueline states she has never had a problem with him like this. Jacqueline states that if she did he would not be living with her Jacqueline states that General has known her sons since the age of 8 and 9 years of age.

Jacqueline states that at the time of the shooting, General kept on clicking on the gun, even after no more shots came out. Jacqueline states that at one moment General had the gun pointing to Lorenzo's head still clicking on the gun.

Jacqueline states that General went to Florence, South Carolina for about 1 week or 2. Jacqueline states that she has since heard that General had purchased the gun in South Carolina. Jacqueline was not aware he had a gun. Jacqueline does not like guns and wouldn't allow one in her home. She repeated that General did step out the house first, so it's possible that he could have gotten the gun from somewhere outside. When he went to the room and came out is when everything started.

Both Jacqueline and Lorenzo states that when General first started the relationship Lorenzo told General how well he was taking care of business. Neither can explain what happened to him. Jacqueline states that out of 8 years, she and General has been a couple for really a little over 6 years. Jacqueline states that General would come and go. The last time he came from Florence Jacqueline didn't think anything of it. Jacqueline states that General would travel back and forth from Florida, but that whenever he returned he would come back all right.

General is a drinker. He has a high tolerance for liquor, and a gallon of Hennessey is nothing for him to drink.

When asked if she's heard from General since the shooting, Jacqueline states that he has called from Rickers twice. She has not accepted his phone calls.

When asked about General's mental status, Jacqueline states that his state of mind is better than hers. She describes him as having a good state of mind, and that he was not taking any medication at all.

When again asked about the location of the shots it is Lorenzo that states that General had shot two more times down the hallway; that he has no idea where the bullets went. Nor if the housing patched up bullet holes.

It is Lorenzo that states that little Shantasia got shot inside the bedroom, where she was with the other kids. Neither She nor Jacqueline knows of any bullets found inside that bedroom.

Jacqueline repeats that after the two shots she left the house to get help. She heard another shot while she was in the hallway.

### 
**END OF REPORT**