*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): _General Waiters_    13-CV-3636-MKB

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal.

   For appeals in an adversary proceeding.
   ☒ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: _Order Adopting Report & Recommendation denying writ of habeas corp_

2. State the date on which the judgment, order, or decree was entered: _June 23, 2020_

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: _General_      Attorney: _Gary Farrell_
   _Waiters_                      _40 Exchange Place_
                                 _Suite 1800, NY NY 10005_
                                 _212-822-1434_

2. Party: _Kings County_  Attorney: _ADA Rhea Grob_
   _DA's Office_                _350 Jay Street_
                                _Brooklyn NY 11201_
                                _718-250-2021_

Official Form 417A    Notice of Appeal and Statement of Election    page 1